DEC 0 9 2022   VIA EMAIL 3:15 PM

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

## MOTION TO DISMISS CASE # 8:22-04734

My name is Keith Neville Grindley. On November 29th, 2022, I was unexpectedly confronted with cause to seek protection provided by filing for Emergency Chapter 13 protection in Case # 8:22-04734.

While living more than 30 years in Florida, my wife and I are British Citizens and recently returned here to England for medical reasons. I filed with the Tampa Middle District Bankruptcy Court via e-mail from here in Britain.

We were somewhat naive regard the rapid response required by the court. All pertinent records necessary for timely consideration of our case are in Florida. Originally planning to return in April, I now find we cannot accelerate our return date and cannot afford to hire an attorney. I will not be able to assemble all pertinent records timely required until our return in April.

Due to this and the need for continued use of our now suspended credit cards I respectfully request the court to authorize an immediate withdrawal from or Dismissal of this filing until I can be appropriately prepared upon return to Florida from Britain in April.

I am sincerely sorry for any inconvenience this has caused the Court. Our filing fees will be paid shortly by Post.

Respectfully submitted,

_[signature]_      Dec 9th 2022

Keith Neville Grindley