[Dovdsm13] [District Order Voluntary Dismissal Chapter 13]

ORDERED.

Dated: December 12, 2022

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Keith Neville Grindley

_____Debtor*_____/

Case No.
8:22–bk–04734–CPM
Chapter 13

## ORDER DISMISSING CASE

THIS CASE came on for consideration of the Motion to Dismiss filed by Debtor under 11 U.S.C. § 1307.

Accordingly, it is **ORDERED:**

1. This case is dismissed without a discharge.

2. All pending hearings are canceled except for any currently scheduled hearing on a motion for relief from stay or on an Order to Show Cause over which the Court reserves jurisdiction. In addition, the Court retains jurisdiction over any pending motion to dismiss the case with prejudice. If a motion to dismiss with prejudice has been filed prior to the date of this Order, the Court will conduct any scheduled hearing and will schedule any hearing as necessary.

3. If Debtor has been represented by an attorney in this case, Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

4. Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee. .

5. The Debtor shall immediately pay, to the Clerk, U.S. Bankruptcy Court, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930, unpaid filing fees in the amount of $ 313.00.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.